In the Matter of the Judicial Settlement of the Accounts of CHARLES A. WHITE, as Administrator, etc., of MAX SPECTOR, Deceased.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of THE CITY OF ROCHESTER to Acquire Lands for Park Purposes on the South Side of Beach Avenue in the City of Rochester.— Three separate appeals dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT PERRY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another, Defendant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

OTIS W. KENYON, Respondent, v. FRANCES E. MASON, Appellant.— Motion to dismiss appeal denied.   Stay of sale vacated.   Appeal ordered submitted with leave to file briefs at later date.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARCELLA SELBERT, Respondent, v. CITY OF ROCHESTER, Appellant.— Motion to dismiss appeal denied, without costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Final Judicial Settlement of the Account of BASIL ROBILLARD, as Temporary Administrator of the Estate of MARTHA H. BEEMAN, Deceased, of the Proceedings of Said MARTHA H. BEEMAN, as Executrix, etc., of MARCUS M. BEEMAN, Deceased.— Order entered upon stipulation filed, substituting Basil Robillard, as executor, etc., of Martha H. Beeman, deceased, as party herein in the place of Basil Robillard, as temporary administrator, etc., of Martha H. Beeman, deceased.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT PERRY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another, Defendant.— Order of dismissal modified by striking out recital of dismissal of appeal from the order denying a new trial.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CRANE COMPANY, Respondent, v. FERDINANDO NOTO and Another, Appellants.— Motion to dismiss appeal granted, unless appellants shall be ready for argument at the opening of the March term.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Appointment of an OFFICAL REFEREE.— Hon. John B. M. Stephens, ex-justice of the Supreme Court, is appointed an official referee.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.